**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6310**

_____

RODNEY M. LUNSFORD,

                                    Plaintiff - Appellant,

        versus

SCOTT WADE POWELL; SERGEANT SCOTT,

                                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-02-490-5-BO)

_____

Submitted:  November 6, 2003      Decided:  November 17, 2003

_____

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Rodney M. Lunsford, Appellant Pro Se.  Mary S. Mercer, Assistant
Attorney General, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rodney M. Lunsford appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Lunsford v. Powell, No. CA-02-490-5-BO (E.D.N.C. Feb. 11, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED